# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2018-CA-1231

Crosstex Energy Services, LP, Crosstex LIG, LLC
and Crosstex Processing Services. LLC
        - - Versus - -
Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34202
Assumption Parish

On Application for Rehearing filed on 02/28/2019 by Texas Brine
Rehearing      **DENIED**

J. Michael McDonald

William J. Crain

Date SEP 2 5 2019

Rodd Naquin, Clerk